PEOPLE ex rel. KELLY, Relator, v. MARTIN et al., Police Commissioners, Respondents.

(Superior Court of New York City, General Term.   May 1, 1893.)

Certiorari by William Kelly to review the judgment of James J. Martin and others, constituting the board of police of the city of New York, dismissing relator from the police force.

Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.

Wm. H. Clark, for relator.
L. J. Grant, for respondents.

PER CURIAM. The judgment should be affirmed, and the writ dismissed, with $50 costs and disbursements to the respondents.

---

(1 Misc. Rep. 513.)

DUFFY, Respondent, v. ARCHER et al., Appellants.

(City Court of New York, General Term.   December 22, 1892.)

Appeal from trial term.
Action by Philip Duffy against Joseph Archer and another to recover a balance due on a contract. There was a judgment in plaintiff's favor, and defendants appeal. Affirmed.

Argued before EHRLICH, C. J., and FITZSIMONS and NEWBURGER, JJ.
Thornton, Earl & Kiendls, for appellants.
Charles De Hart Brower, for respondent.

NEWBURGER, J. This action was brought to recover a balance due upon a contract to excavate rock upon certain premises in this city. The answer admitted the contract, but denied that the plaintiff had excavated the number of yards claimed in the complaint. A careful examination of the appeal book fails to disclose any error on the part of the trial justice in the admission or exclusion of testimony, and, as there are no questions raised by the learned counsel for the appellants, the judgment must be affirmed, with costs.

---

KATZ et al., Appellants, v. ATFIELD, Respondent.

(City Court of New York, General Term.   March 17, 1893.)

Action by Bernard Katz and another against Catharine Atfield, as administratrix.

Argued before EHRLICH, C. J., and FITZSIMONS, J.

Henry Daily, Jr., for appellants.
John McGuin, for respondent.

FITZSIMONS, J. The order of the general term of this court, dated November, 1892, required the payment by the appellants herein of $30, costs imposed by the order of Justice McCarthy, as well as all other motion costs imposed at any time by the court against said appellants, and unpaid at the time of the making of the said general term order. Whatever the amount of said costs were, appellants were bound to know, and respondent herein was not required to tax the same by the clerk of this court. The appellants' failure to pay such costs entitled the special term justice to make the order appealed from, whenever it appeared to his satisfaction that the conditions and requirements of said general term order were not complied with. The appeal papers show that the appellants herein failed to comply with said general term order, and therefore the order appealed from was rightly made, and must be affirmed, with costs. See 17 N. Y. Supp. 447; 20 N. Y. Supp. 892.